# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| YAMEGO SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00462 |
| ) | Judge Trauger |
| SOUTHERN HEALTH PARTNERS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On May 6, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 52), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by defendants Matthews and Southern Health Partners, Inc. (Docket No. 30) and the Motion to Dismiss filed by defendant Carrillo (Docket No. 42) are both GRANTED, and this case is DISMISSED with prejudice. Any appeal from this ruling will not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 25th day of June 2019.

_____
ALETA A. TRAUGER
U.S. District Judge